IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**RONALD DEAN MATTHEWS**
**ADC #73278**                                                                                    **PLAINTIFF**

**v.**                                   **2:08CV00082-WRW**

**APRIL BRANDON** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Based on the Order filed this date, Judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 27th day of May, 2009.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE